JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ERIC PFEFFER, | Case No. CV 18-10646 PA (JEMx) |
| Plaintiff, | JUDGMENT |
| v. | |
| RONI LYNN PFEFFER, | |
| Defendant. | |

Pursuant to the Court's May 29, 2019 Minute Order dismissing this action pursuant to Federal Rule of Civil Procedure 25(a)(1), it is hereby ORDERED, ADJUDGED, and DECREED that this action is dismissed without prejudice.

DATED: May 29, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE